```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LENNOX FREEMAN, individually and on
behalf of all others similarly situated,
                                                            JUDGMENT
                                                            17 CV 05162 (RJD) (RER)

                           Plaintiffs,

        -against-

RIVER MANOR CORP. d/b/a ATRIUM CENTER FOR
REHABILITATION AND NURSING; RIVER MANOR
CARE CENTER, INC.; EXCELSIOR CARE GROUP, LLC;
RIVER MANOR ACQUISITION I, LLC; RIVER MANOR
ACQUISITION II, LLC; CONSTANCE LEIFER,
individually; and JOEL LIEFER, individually

                           Defendants.
----------------------------------------------------------------X
```

A Memorandum and Order of Honorable Raymond J. Dearie, United States District Judge having been filed on March 13, 2019, granting Defendants' motion for summary judgment; dismissing Plaintiff's FLSA and NYLL claims; it is

ORDERED and ADJUDGED that Defendants' motion for summary judgment is granted; and that Plaintiff's FLSA and NYLL claims are dismissed.

Dated: Brooklyn, New York  
      March 14, 2019

Douglas C. Palmer  
Clerk of Court

by:   */s/ Jalitza Poveda*  
      Deputy Clerk